IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TASHARRYA MORRIS,**

           **Plaintiff,**

   -v-

**CHECKR, INC.,**

           **Defendant.**

Civil Case Number: 5:24-cv-00009-TJC-PRL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tasharrya Morris and Defendant Checkr, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      April 25, 2024

/s/ Joseph Howard Kanee
Joseph Howard Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorney for Plaintiff*

/s/ Alexander C. Meier
Alexander C. Meier, Esq.
Seyfarth Shaw, LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
Tel: (404) 225-1500
Email: ameier@seyfarth.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on April 25, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Joseph Howard Kanee