UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TASHARRYA MORRIS,

    Plaintiff,

v.

                              Case No. 5:24-cv-9-TJC-PRL

CHECKR, INC.,

    Defendant.

### **O R D E R**

Upon review of the Stipulation of Dismissal with Prejudice (Doc. 12), filed on April 25, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record